# United States District Court
## Western District of North Carolina
### Statesville Division

| | | |
|---|---|---|
| **Sean Lamont Dudley,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:17-cv-00127-RLV |
| | ) | 5:97-cr-00001-RLV |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| | ) | |
| Respondent. | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 2, 2017 Order.

August 2, 2017

*Frank G. John*

Frank G. Johns, Clerk
United States District Court